1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney

        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6961
7       FAX: (415) 436-7234
        sheila.armbrust@usdoj.gov

   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATALIE HERNANDEZ,<br><br>Defendant. | NO. CR 17-0244-09 WHO<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Superseding Indictment against Defendant Natalie Hernandez without prejudice.

DATED: October 4, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
17-CR-0244-09 WHO

1     Leave is granted to the government to dismiss the Superseding Indictment against Defendant
2 Natalie Hernandez without prejudice.

Date: October 9, 2019

_____
WILLIAM H. ORRICK, III
United States District Judge

NOTICE OF DISMISSAL
17-CR-0244-09 WHO